IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SAMMIE R. MONTGOMERY,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>Defendant. | Case No. CIV-09-232-RAW |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 15, 2010, United States Magistrate Judge Steven P. Shreder entered a Report and Recommendation, recommending that the above-styled case be reversed and remanded for further proceedings. No objection has been filed.

IT IS THEREFORE ORDERED that the decision of the Administrative Law Judge is hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42 U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 30th day of September, 2010.

**Dated this 30th Day of September 2010.**

j4h4i0

Ronald A. White
United States District Judge
Eastern District of Oklahoma